NICHOLAS C. YOST (SBN 35297)
nicholas.yost@dentons.com
MATTHEW ADAMS (SBN 229021)
matthew.adams@denton.com
JESSICA L. DUGGAN (SBN 271703)
jessica.duggan@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiffs,
SAVENORTHBEACHVILLAGE.ORG;
NONORTHBEACHDIG.ORG; LANCE CARNES;
HOWARD WONG; and JOAN WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVENORTHBEACHVILLAGE.ORG NONORTHBEACHDIG.ORG; LANCE CARNES; HOWARD WONG; and JOAN WOOD,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION; LESLIE ROGERS, Administrator, FTA Region IX; SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY.,<br><br>Defendants. | Case No. 3:13-CV-05130-TEH<br><br>**STIPULATED DISMISSAL AND NOTICE OF SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 41, the terms of the Settlement Agreement and Release by and between Plaintiffs and the City Defendants (a copy of which is attached hereto as Exhibit A), and the stipulation of all Parties, Plaintiffs respectfully request that this action be dismissed with prejudice.

Case No. 3:13-CV-05130-TEH                                           STIPULATED DISMISSAL AND NOTICE OF SETTLEMENT

Dated: June 9, 2014

/s/ Matthew Adams
_____

NICHOLAS C. YOST
MATTHEW G. ADAMS
JESSICA L. DUGGAN

Attorneys for PLAINTIFFS

/s/ James Emery (per 6/9 email)
_____

JAMES EMERY
AUDREY PEARSON

Attorneys for the CITY DEFENDANTS

/s/ Julia Thrower (per 6/9 email)
_____

JULIA S. THROWER

Attorneys for the FEDERAL DEFENDANTS

**IT IS SO ORDERED**

06/10/2014

*[signature]*
Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

82332578\V-1
Case No. 3:13-CV-05130-TEH

- 2 -

STIPULATED DISMISSAL AND NOTICE OF SETTLEMENT